# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BRENNAN T. BALDRIDGE, DBA
THE SALINGER GROUP

NO.   2019 CW 0891

VERSUS

CITY-PARISH OF EAST BATON
ROUGE

**OCT 2 8 2019**

---

In Re:   City of Baton Rouge/Parish of East Baton Rouge,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 680770.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.**   The judgment of the trial court
rendered in open court on May 7, 2019 and signed on May 15,
2019, which granted the Motion to Transfer filed by Brennan T.
Baldridge, doing business as The Salinger Group, violates the
provisions of La. Code Civ. P. arts. 253.1 and 253.2.   The
judgment is reversed. It is hereby ordered that this matter
proceed before Section 24 of the Nineteenth Judicial District
Court for the Parish of East Baton Rouge to which it was
originally randomly assigned.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT